STROOCK & STROOCK & LAVAN LLP
JULIA B. STRICKLAND (State Bar No. 083013)
LISA M. SIMONETTI (State Bar No. 165996)
DAVID W. MOON (State Bar No. 197711)
GEORGE S. AZADIAN (State Bar No. 253342)
2029 Century Park East, Suite 1800
Los Angeles, CA  90067
Telephone: 310-556-5800
Facsimile: 310-556-5959
Email: *lacalendar@stroock.com*

Attorneys for Defendants
   EBAY INC. and PAYPAL, INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE BRANCH

| | |
|---|---|
| DEVINDA FERNANDO, VADIM TSIGEL on behalf of themselves and all others similarly situated and on behalf of the general public of the United States,<br><br>Plaintiffs,<br><br>v.<br><br>EBAY, INC., a foreign corporation, PAYPAL, INC., a Delaware corporation<br><br>Defendants. | Case No. 10-CV-01668 PVT<br><br>**STIPULATION AND ORDER EXTENDING DEFENDANTS' TIME TO RESPOND TO COMPLAINT AND CONTINUING CASE MANAGEMENT CONFERENCE**<br><br>PROPOSED CLASS ACTION<br><br>Action Filed:  April 19, 2010<br><br>[Declaration of George S. Azadian filed concurrently] |

LA 51302668v1

1    WHEREAS, on April 19, 2010, plaintiffs Devinda Fernando and Vadim Tsigel

2 ("Plaintiffs") filed the Complaint in this action, which was served on defendants eBay Inc. and

3 PayPal, Inc. ("Defendants") by personal service on August 18, 2010;

4    WHEREAS, the parties have agreed to extend the date by which Defendants must answer

5 or otherwise respond to the Complaint until and including October 18, 2010;

6    WHEREAS, pursuant to Local Rules 6-1 and 6-2, the parties may request an order changing

7 time that would affect the date of an event or deadline already fixed by Court order;

8    WHEREAS, the Court currently has calendared: (i) August 31, 2010, as the deadline for the

9 parties to file a Joint Case Management Statement; and (ii) September 7, 2010, at 2:00 p.m., as the

10 date and time for the Case Management Conference;

11    WHEREAS, it would promote judicial efficiency to continue the Case Management

12 Conference and the parties' submission of their Joint Case Management Statement until after

13 Defendants respond to the Complaint and after the hearing on any motion filed by Defendants in

14 response to the Complaint; and

15    WHEREAS, in light of the foregoing, the parties request a continuance of the Case

16 Management Conference to January 11, 2011 at 2:00 p.m. or an alternate date in January (to be

17 determined by the Court) and an extension to file their Joint Case Management Statement to

18 December 28, 2010 (or fourteen (14) days prior to the date set for the continued Case Management

19 Conference).

20 //

21 //

22 //

23 //

24 //

25 //

26 //

27

28

-2-

1    IT IS HEREBY STIPULATED, by and between the parties, through their respective

2  counsel of record, that: (i) Defendants' time to answer or otherwise respond to the Complaint

3  hereby is extended until and including October 18, 2010; (ii) the Case Management Conference be

4  continued until January 11, 2011 at 2:00 p.m. and (iii) the parties' Joint Case Management

5  Statement shall be due by December 28, 2010.

6

7

8  Dated:  August 25, 2010              STROOCK & STROOCK & LAVAN LLP
                                        JULIA B. STRICKLAND
9                                       LISA M. SIMONETTI
                                        DAVID W. MOON
10                                      GEORGE S. AZADIAN

11
                                        By:   /s/ George S. Azadian
12                                                George S. Azadian

13
                                        Attorneys for Defendants
14                                        EBAY INC. and PAYPAL, INC.

15
   Dated:  August 31, 2010              MARINA TRUBITSKY & ASSOCIATES, PLLC
16

17
                                        By:  /s/ Marina Trubitsky (signed with permission)
18                                              Marina Trubitsky

19
                                        Attorneys for Plaintiffs
20                                        DEVINDA FERNANDO and VADIM TSIGEL

21                              **ORDER**

22  PURSUANT TO STIPULATION, IT IS SO ORDERED.

23

24  Dated:  *9/2/10*

25                                      _____
                                        UNITED STATES MAGISTRATE JUDGE

26

27

28

STIPULATION AND ORDER EXTENDING TIME TO RESPOND
CASE NO. 10-CV-01668 PVT

LA 51302668v1