STROOCK & STROOCK & LAVAN LLP
JULIA B. STRICKLAND (State Bar No. 083013)
LISA M. SIMONETTI (State Bar No. 165996)
DAVID W. MOON (State Bar No. 197711)
GEORGE S. AZADIAN (State Bar No. 253342)
2029 Century Park East
Los Angeles, CA  90067-3086
Telephone: 310-556-5800
Facsimile: 310-556-5959
Email: *lacalendar@stroock.com*

Attorneys for Defendants
  EBAY INC. and PAYPAL, INC.

\*\*E-Filed 11/4/2010\*\*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE BRANCH

| | |
|---|---|
| DEVINDA FERNANDO, VADIM TSIGEL on behalf of themselves and all others similarly situated and on behalf of the general public of the United States,<br><br>          Plaintiffs,<br><br>     v.<br><br>EBAY, INC., a foreign corporation, PAYPAL, INC., a Delaware corporation,<br><br>          Defendants. | Case No. 10-CV-01668 JF<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR DEFENDANTS EBAY INC. AND PAYPAL, INC. TO RESPOND TO PLAINTIFFS' AMENDED COMPLAINT, CONTINUING HEARING ON DEFENDANTS' MOTION TO DISMISS AND CONTINUING CASE MANAGEMENT CONFERENCE**<br><br>Action Filed: April 19, 2010<br><br>[Declaration of George S. Azadian lodged concurrently] |

1  WHEREAS, on April 19, 2010, plaintiffs Devinda Fernando and Vadim Tsigel (together, "Plaintiffs") filed the Complaint in this action, which was served on defendants eBay Inc. and PayPal, Inc. (together, "Defendants") by personal service on August 18, 2010;

WHEREAS, on October 18, 2010, Defendants filed a Motion to Dismiss Plaintiffs' Complaint, which is scheduled for hearing on December 10, 2010;

WHEREAS, pursuant to Civil Local Rule 7-3, Plaintiffs' Opposition must be filed by November 19, 2010;

WHEREAS, Plaintiffs have informed Defendants that Plaintiffs will file an Amended Complaint on or before January 7, 2011;

WHEREAS, the parties have agreed that Defendants shall have until and including March 8, 2011 to respond to Plaintiffs' Amended Complaint, and if the Amended Complaint is not filed and served on or before January 7, 2011, then Defendants' time to respond to the Amended Complaint shall be further extended;

WHEREAS, given the expected filing of Plaintiffs' Amended Complaint, the parties have agreed to continue the hearing on Defendants' Motion to Dismiss from December 10, 2010 to January 28, 2011;

WHEREAS, the parties have agreed that, assuming Plaintiffs file and serve an Amended Complaint on or before January 7, 2011, the January 28, 2011 hearing on Defendants' Motion to Dismiss shall be taken off calendar and Plaintiffs will not be required to file an Opposition;

WHEREAS, a Case Management Conference is currently set for November 19, 2010; and

WHEREAS, it would promote judicial efficiency to continue the Case Management Conference and the parties submission of their Joint Case Management Statement until after Defendants respond to the Amended Complaint and after the hearing on any motion filed by Defendants in response to the Amended Complaint.

//
//
//

IT IS HEREBY STIPULATED by and between the parties, through their respective counsel of record, that:

(a) The hearing on Defendants' Motion to Dismiss shall be continued from December 10, 2010 to January 28, 2011;

(b) Plaintiffs shall file and serve an Amended Complaint or their Opposition to Defendants' Motion to Dismiss on or before January 7, 2011;

(c) Assuming Plaintiffs file and serve an Amended Complaint on or before January 7, 2011, then the January 28, 2011 hearing on Defendants' Motion to Dismiss shall be taken off calendar and Plaintiffs will not be required to file an Opposition;

(d) Assuming Plaintiffs file an Amended Complaint on or before January 7, 2011, Defendants shall have until and including March 8, 2011 to respond to Plaintiffs' Amended Complaint; and

(e) The Case Management Conference, currently set for November 19, 2010 at 10:30 a.m., shall be continued until April 22, 2011 at 10:30 a.m., and the parties' Joint Case Management Statement shall be filed by April 8, 2011.

Respectfully submitted,

Dated: November 2, 2010     STROOCK & STROOCK & LAVAN LLP

By     /s/ George S. Azadian
           GEORGE S. AZADIAN

Attorneys for Defendants
EBAY INC. and PAYPAL, INC.

Dated: October ___, 2010     MARINA TRUBITSKY & ASSOCIATES, PLLC

By     _____
           MARINA TRUBITSKY

Attorneys for Plaintiffs
DEVINDA FERNANDO and VADIM TSIGEL

-2-

LA 51319438v1     STIPULATION AND [PROPOSED] ORDER RE CASE SCHEDULE
CASE NO. 10-CV-01668 JF

(a) The hearing on Defendants' Motion to Dismiss shall be continued from December 10, 2010 to January 28, 2011;

(b) Plaintiffs shall file and serve an Amended Complaint or their Opposition to Defendants' Motion to Dismiss on or before January 7, 2011;

(c) Assuming Plaintiffs file and serve an Amended Complaint on or before January 7, 2011, then the January 28, 2011 hearing on Defendants' Motion to Dismiss shall be taken off calendar and Plaintiffs will not be required to file an Opposition;

(d) Assuming Plaintiffs file an Amended Complaint on or before January 7, 2011, Defendants shall have until and including March 8, 2011 to respond to Plaintiffs' Amended Complaint; and

(e) The Case Management Conference, currently set for November 19, 2010 at 10:30 a.m., shall be continued until April 22, 2011 at 10:30 a.m., and the parties' Joint Case Management Statement shall be filed by April 8, 2011.

Respectfully submitted,

Dated: October __, 2010

STROOCK & STROOCK & LAVAN LLP

By _____
GEORGE S. AZADIAN

Attorneys for Defendants
EBAY INC. and PAYPAL, INC.

Dated: ~~October~~ November 2, 2010

MARINA TRUBITSKY & ASSOCIATES, PLLC

By _____
MARINA TRUBITSKY

Attorneys for Plaintiffs
DEVINDA FERNANDO and VADIM TSIGEL

[PROPOSED] ORDER

PURSUANT TO THE STIPULATION, IT IS SO ORDERED.

Dated: 11/4/2010



_____
UNITED STATES DISTRICT JUDGE