1  STROOCK & STROOCK & LAVAN LLP
   JULIA B. STRICKLAND (State Bar No. 083013)
2  LISA M. SIMONETTI (State Bar No. 165996)
   DAVID W. MOON (State Bar No. 197711)    **E-Filed 1/11/2011**
3  GEORGE S. AZADIAN (State Bar No. 253342)
   2029 Century Park East
4  Los Angeles, CA  90067-3086
   Telephone: 310-556-5800
5  Facsimile: 310-556-5959
   Email: *lacalendar@stroock.com*
6

7  Attorneys for Defendants
     EBAY INC. and PAYPAL, INC.
8

9
                     **UNITED STATES DISTRICT COURT**
10
                    **NORTHERN DISTRICT OF CALIFORNIA**
11
                              **SAN JOSE BRANCH**
12

13 | DEVINDA FERNANDO, VADIM TSIGEL    ) Case No. 10-CV-01668 JF
   | on behalf of themselves and all others similarly )
14 | situated and on behalf of the general public of  ) **STIPULATION AND [PROPOSED]**
   | the United States,                               ) **ORDER EXTENDING TIME FOR**
15 |                                                  ) **PLAINTIFFS TO FILE AN AMENDED**
   |         Plaintiffs,                              ) **COMPLAINT, TAKING HEARING ON**
16 |                                                  ) **DEFENDANTS' MOTION TO DISMISS**
   |     v.                                           ) **OFF CALENDAR AND CONTINUING**
17 |                                                  ) **CASE MANAGEMENT CONFERENCE**
   | EBAY, INC., a foreign corporation,               )  AS MODIFIED BY THE COURT
18 | PAYPAL, INC., a Delaware corporation,            ) Action Filed: April 19, 2010
   |                                                  )
19 |         Defendants.                              ) [Declaration of George S. Azadian lodged
   |                                                  ) concurrently]

20

21

22

23

24

25

26

27

28

---

LA 51352863v1              SECOND STIPULATION AND [PROPOSED] ORDER RE CASE SCHEDULE
                                                         CASE NO. 10-CV-01668 JF

1   WHEREAS, on April 19, 2010, plaintiffs Devinda Fernando and Vadim Tsigel (together,
2 "Plaintiffs") filed the Complaint in this action, which was served on defendants eBay Inc. and
3 PayPal, Inc. (together, "Defendants") by personal service on August 18, 2010;

4   WHEREAS, on October 18, 2010, Defendants filed a Motion to Dismiss Plaintiffs'
5 Complaint;

6   WHEREAS, the parties have previously stipulated (the "Prior Stipulation") that: (a) the
7 hearing on Defendants' Motion to Dismiss shall be continued until January 28, 2011; (b) Plaintiffs
8 shall file and serve an Amended Complaint or their Opposition to Defendants' Motion to Dismiss
9 on or before January 7, 2011; (c) assuming Plaintiffs file and serve an Amended Complaint on or
10 before January 7, 2011, then the January 28, 2011 hearing on Defendants' Motion to Dismiss shall
11 be taken off calendar; (d) Defendants shall have until March 8, 2011 to respond to Plaintiffs'
12 Amended Complaint; and (e) the Case Management Conference shall be continued until April 22,
13 2011 at 10:30 a.m., and the parties' Joint Case Management Statement shall be filed by April 8,
14 2011;

15   WHEREAS,  the Prior Stipulation was entered by this Court on November 4, 2010 (Dkt.
16 No. 18.);

17   WHEREAS, counsel for Plaintiffs has informed counsel for PayPal that, due to medical
18 issues and inclement weather in New York, Plaintiffs require an extension of time to file an
19 Amended Complaint;

20   WHEREAS, the parties have agreed to extend the date by which Plaintiffs must file an
21 Amended Complaint by an additional period of forty-five (45) days from January 7, 2011 to and
22 including February 22, 2011;

23   WHEREAS, given the extension of time to file an Amended Complaint, the parties have
24 agreed that the hearing on Defendants' Motion to Dismiss, currently set for January 28, 2011, shall
25 be taken off calendar;

-1-

WHEREAS, the parties have agreed that, assuming Plaintiffs file an Amended Complaint on or before February 22, 2011, Defendants shall have until and including April 25, 2011 to respond to Plaintiffs' Amended Complaint;

WHEREAS, a Case Management Conference is currently set for April 22, 2011 at 10:30 a.m.; and

WHEREAS, it would promote judicial efficiency to continue the Case Management Conference and the parties' submission of their Joint Case Management Statement until after Defendants respond to the Amended Complaint and after the hearing on any motion filed by Defendants in response to the Amended Complaint.

//
//
//

-2-

LA 51352863v1         SECOND STIPULATION AND [PROPOSED] ORDER RE CASE SCHEDULE
                      CASE NO. 10-CV-01668 JF

IT IS HEREBY STIPULATED by and between the parties, through their respective counsel of record, that:

(a)   The hearing on Defendants' Motion to Dismiss, currently set for January 28, 2011, shall be taken off calendar;

(b)   Plaintiffs shall file an Amended Complaint on or before February 22, 2011;

(c)   Defendants shall have until and including April 25, 2011 to respond to Plaintiffs' Amended Complaint; and

(d)   The Case Management Conference, currently set for April 22, 2011 at 10:30 a.m., shall be continued until June 10, 2011 at 10:30 a.m., and the parties' Joint Case Management, currently due by April 8, 2011, shall be filed by May 25, 2011.

Dated:  January 7, 2011              STROOCK & STROOCK & LAVAN LLP

By   */s/* George S. Azadian
         George S. Azadian

Attorneys for Defendants
   EBAY INC. and PAYPAL, INC.

Dated:  January 7, 2011              MARINA TRUBITSKY & ASSOCIATES, PLLC

By   */s/* Marina Trubitsky
         Marina Trubitsky

Attorneys for Plaintiffs
   DEVINDA FERNANDO and VADIM TSIGEL

**[PROPOSED] ORDER**

PURSUANT TO THE STIPULATION, IT IS SO ORDERED.

Dated: 1/11/2011



UNITED STATES DISTRICT JUDGE

-4-

LA 51352863v1              SECOND STIPULATION AND [PROPOSED] ORDER RE CASE SCHEDULE
                           CASE NO. 10-CV-01668 JF

# CERTIFICATE OF SERVICE

I hereby certify that on January 7, 2011, a copy of the foregoing **STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR PLAINTIFFS TO FILE AN AMENDED COMPLAINT, TAKING HEARING ON DEFENDANTS' MOTION TO DISMISS OFF CALENDAR AND CONTINUING CASE MANAGEMENT** was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the court's EM/ECF System.

/s/     *George Azadian*
George Azadian