STROOCK & STROOCK & LAVAN LLP
JULIA B. STRICKLAND (State Bar No. 083013)
LISA M. SIMONETTI (State Bar No. 165996)
DAVID W. MOON (State Bar No. 197711)
GEORGE S. AZADIAN (State Bar No. 253342)
2029 Century Park East
Los Angeles, CA  90067-3086
Telephone: 310-556-5800
Facsimile: 310-556-5959
Email: *lacalendar@stroock.com*

Attorneys for Defendants
  EBAY INC. and PAYPAL, INC.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE BRANCH**

| | |
|---|---|
| DEVINDA FERNANDO, VADIM TSIGEL on behalf of themselves and all others similarly situated and on behalf of the general public of the United States,<br><br>              Plaintiffs,<br><br>       v.<br><br>EBAY, INC., a foreign corporation, PAYPAL, INC., a Delaware corporation,<br><br>              Defendants. | Case No. 10-CV-01668 JF<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR PLAINTIFFS TO FILE AN AMENDED COMPLAINT AND CONTINUING CASE MANAGEMENT CONFERENCE**<br><br>Action Filed: April 19, 2010<br><br>[Declaration of George S. Azadian lodged concurrently] |

STROOCK & STROOCK & LAVAN LLP
2029 Century Park East
Los Angeles, California 90067-3086

1  WHEREAS, on April 19, 2010, plaintiffs Devinda Fernando and Vadim Tsigel (together,
2  "Plaintiffs") filed the Complaint in this action, which was served on defendants eBay Inc. and
3  PayPal, Inc. (together, "Defendants") by personal service on August 18, 2010;

4  WHEREAS, on October 18, 2010, Defendants filed a Motion to Dismiss Plaintiffs'
5  Complaint;

6  WHEREAS, the parties previously stipulated (the "First Stipulation") that: (a) the hearing
7  on Defendants' Motion to Dismiss shall be continued until January 28, 2011; (b) Plaintiffs shall file
8  and serve an Amended Complaint or their Opposition to Defendants' Motion to Dismiss on or
9  before January 7, 2011; (c) assuming Plaintiffs file and serve an Amended Complaint on or before
10 January 7, 2011, then the January 28, 2011 hearing on Defendants' Motion to Dismiss shall be
11 taken off calendar; (d) Defendants shall have until March 8, 2011 to respond to Plaintiffs'
12 Amended Complaint; and (e) the Case Management Conference shall be continued until April 22,
13 2011 at 10:30 a.m., and the parties' Joint Case Management Statement shall be filed by April 8,
14 2011;

15 WHEREAS, the Prior Stipulation was entered by this Court on November 4, 2010 (Dkt.
16 No. 18.);

17 WHEREAS, the parties previously stipulated (the "Second Stipulation") that: (a) the
18 hearing on Defendants' Motion to Dismiss shall be taken off calendar; (b) Plaintiffs shall file and
19 serve an Amended Complaint on or before February 22, 2011; (c) Defendants shall have until April
20 25, 2011 to respond to Plaintiffs' Amended Complaint; and (d) the Case Management Conference
21 shall be continued until June 10, 2011 at 10:30 a.m., and the parties' Joint Case Management
22 Statement shall be filed by May 25, 2011;

23 WHEREAS, the Second Stipulation was entered by this Court on January 11, 2011 (Dkt.
24 No. 20.);

25 WHEREAS, counsel for Plaintiffs has informed counsel for Defendants that Plaintiffs
26 require additional time to prepare and file an Amended Complaint;

1  WHEREAS, the parties have agreed to extend the date by which Plaintiffs must file an
2 Amended Complaint by an additional period of thirty (30) days from February 22, 2011 to and
3 including March 22, 2011;

4  WHEREAS, the parties have agreed that, assuming Plaintiffs file an Amended Complaint
5 on or before March 22, 2011, Defendants shall have until and including May 23, 2011 to respond to
6 Plaintiffs' Amended Complaint;

7  WHEREAS, a Case Management Conference is currently set for June 10, 2011 at 10:30
8 a.m.; and

9  WHEREAS, it would promote judicial efficiency to continue the Case Management
10 Conference and the parties' submission of their Joint Case Management Statement until after
11 Defendants respond to the Amended Complaint and after the hearing on any motion filed by
12 Defendants in response to the Amended Complaint.

13 //
14 //
15 //

-2-

IT IS HEREBY STIPULATED by and between the parties, through their respective counsel of record, that:

(a)     Plaintiffs shall file an Amended Complaint on or before March 22, 2011;

(c)     Defendants shall have until and including May 23, 2011 to respond to Plaintiffs' Amended Complaint; and

(d)     The Case Management Conference, currently set for June 10, 2011 at 10:30 a.m., shall be continued until September 23, 2011 at 10:30 a.m., and the parties' Joint Case Management, currently due by May 25, 2011, shall be filed by September 9, 2011.

Dated:  March 3, 2011                     STROOCK & STROOCK & LAVAN LLP

By     /s/ George S. Azadian
                George S. Azadian

Attorneys for Defendants
   EBAY INC. and PAYPAL, INC.

Dated:  March 3, 2011                     MARINA TRUBITSKY & ASSOCIATES, PLLC

By     /s/ Marina Trubitsky (signed with permission)
                Marina Trubitsky

Attorneys for Plaintiffs
   DEVINDA FERNANDO and VADIM TSIGEL

-3-

LA 51374098v1     THIRD STIPULATION AND [PROPOSED] ORDER RE CASE SCHEDULE
CASE NO. 10-CV-01668 JF

**[PROPOSED] ORDER**

PURSUANT TO THE STIPULATION, IT IS SO ORDERED.

Dated: 3/10/11

_____
UNITED STATES DISTRICT JUDGE

**CERTIFICATE OF SERVICE**

I hereby certify that on March 3, 2011, a copy of the foregoing **STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR PLAINTIFFS TO FILE AN AMENDED COMPLAINT AND CONTINUING CASE MANAGEMENT** was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the court's EM/ECF System.

                /s/     *George Azadian*
                George Azadian

STROOCK & STROOCK & LAVAN LLP
2029 Century Park East
Los Angeles, California 90067-3086

LA 51374098v1

-5-

THIRD STIPULATION AND [PROPOSED] ORDER RE CASE SCHEDULE
CASE NO. 10-CV-01668 JF