MARINA TRUBITSKY
(marina.trubitsky@lawcontact.com)
11 Broadway, Suite 861
New York, New York 10004
Telephone: (212) 732-7707
Facsimile: (212)732-7707
Lead Counsel for Plaintiffs

David Hicks, APLC
David Hicks,
State Bar Numbers: Calif. 053750
P.O. BOX 562
Dunsmuir, CA 96025
(530) 235-0235 (telephone)
(530) 239-4301 (facsimile)

**E-Filed 9/7/2011**

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| DEVINDA FERNANDO, VADIM TSIGEL, and MICHAIL ZINGER, on behalf of themselves and all others similarly situated and on behalf of the general public of the United States,<br><br>Plaintiffs,<br><br>v.<br><br>PAYPAL, INC., a Delaware corporation,<br><br>Defendant. | Case No. CV-10-01668-JF<br><br>**STIPULATED REQUEST TO EXTEND TIME**<br><br>Date Filed: August 19, 2011 |

1  WHEREAS, counsel for Plaintiffs have informed counsel for Defendant PayPal,
2  Inc. that Plaintiffs require additional time to respond to the Defendant's Motion to Dismiss;
3  WHEREAS, the parties have agreed to extend the date by which Plaintiffs must
4  respond to Defendant's Motion to Dismiss by an additional period of thirty (30) days from
5  August 26, 2011;
6  WHEREAS, the parties also have agreed to extend the date by which Defendant
7  PayPal, Inc. will have time to reply to Plaintiffs' Opposition to Defendants' Motion to Dismiss by
8  an additional period of thirty (30) days from September 26, 2011;
9  WHEREAS, the parties also have agreed on the proposed hearing date: December
10 2, 2011.
11 WHEREAS, this requested extension will not change or alter any event already
12 fixed by Court order.
13 IT IS HEREBY STIPULATED by and between the parties, through their
14 respective counsel of record, that Plaintiffs shall have until and including September 26, 2011 to
15 respond to Defendant's Motion to Dismiss.
16 IT IS FURTHER STIPULATED by and between the parties, through their
17 respective counsel of record, that Defendant PayPal, Inc. shall have until and including October
18 26, 2011 to reply to Plaintiffs Opposition to Motion to Dismiss.
19 IT IS FURTHER STIPULATED by and between the parties that the proposed
20 hearing date is December 2, 2011.

1  Dated: August 22, 2011
2                                                   STROOCK & STROOCK & LAVAN LLP

By: /s/
Benjamin T. Potter, Esq
Attorneys for Defendant
Pay Pal Inc.

Dated: August 22, 2011

MARINA TRUBITSKY
LAW OFFICES OF MARINA TRUBITSKY, PC

By: /s/
Marina Trubitsky, Esq.
Attorneys for Plaintiffs
Devinda Fernando, Vadim Tsigel, and Michael Zinger, on behalf of themselves and all others similarly situated and on behalf of the general public of the United States

Filer's Attestation: In compliance with General Order 45(X)(B), I hereby attest that concurrence in the filing of this Stipulation has been obtained from Benjamin T. Potter, Esq. .

1 **ORDER**

2 **IT IS SO ORDERED.** The Motion Hearing and CMC are continued to Dec. 2, 2011 at 9:00 am.

3 Dated: Sept. 7 , 2011 _____

4 HON. JEREMY Y. FOGEL
United States District Judge

1 **CERTIFICATE OF SERVICE**

2     I hereby certify that on August___, 2011, I electronically filed the foregoing

3 **STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR PLINTIFFS TO**

4 **RESPOND TO DEFENDNAT'S MOTION TO DISMISS**. Notice of this filing will be sent by

5 e-mail to all parties by operation of the court's electronic filing system or by mail to anyone

6 unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may

7 access this filing through the court's EM/ECF System.

                                                     _____

                                                     Marina Trubitsky, Esq.