1  STROOCK & STROOCK & LAVAN LLP
   JULIA B. STRICKLAND (State Bar No. 083013)
2  DAVID W. MOON (State Bar No. 197711)
   BENJAMIN T. POTTER (State Bar No. 260588)
3  2029 Century Park East, Suite 1800
   Los Angeles, CA 90067-3086
4  Telephone: 310-556-5800
   Facsimile: 310-556-5959
5  Email: *lacalendar@stroock.com*

6  Attorneys for Defendant
      PAYPAL, INC.
7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10                    OAKLAND BRANCH

11 | DEVINDA FERNANDO, VADIM TSIGEL, ) Case No. 10-CV-01668 SBA
   | MICHAIL ZINGER, AMY RICKEL, FRED )
12 | RICKEL, IRA GILMAN, LACY          ) **STIPULATION AND [PROPOSED]**
   | REINTSMA, and SHAUL BEHR on behalf ) **ORDER VACATING HEARING DATES**
13 | of themselves and all others similarly ) **ON: (1) DEFENDANT'S MOTION TO**
   | situated,                          ) **DISMISS FIRST AMENDED**
14 |                                    ) **COMPLAINT FOR FAILURE TO**
   |                                    ) **STATE A CLAIM; AND (2)**
15 |            Plaintiffs,             ) **PLAINTIFFS' MOTION TO**
   |                                    ) **CONSOLIDATE CASE AND APPOINT**
16 |     v.                             ) **LEAD COUNSEL FOR THE CLASS**
   |                                    )
17 | PAYPAL, INC., a Delaware Corporation, ) Action Filed: June 7, 2010
   |                                    )
18 |            Defendant.              ) [Declaration of David W. Moon filed
   |                                    ) concurrently]
19 |                                    )
   |                                    ) [Related Action: Zepeda v. PayPal, Inc.,
20 |                                    ) Case No. 10-CV-02500 SBA]
   |                                    )
21 |                                    )

Plaintiffs Devinda Fernando, Vadim Tsigel, Michail Zinger, Amy Rickel, Fred Rickel, Ira Gilman, Lacy Reinstma and Shaul Behr (together "Plaintiffs") and defendant PayPal, Inc. ("Defendant") hereby submit this Stipulation for an Order vacating the hearing dates set by the Court in connection with: (1) Defendant's Motion to Dismiss First Amended Complaint for Failure to State a Claim; and (2) Plaintiffs' Motion to Consolidate Cases and Appoint Lead Counsel for the Class.

WHEREAS, on March 22, 2011, Plaintiffs filed the First Amended Complaint in this action;

WHEREAS, on June 27, 2011, Defendant filed its Motion to Dismiss First Amended Complaint for Failure to State a Claim (the "Motion to Dismiss");

WHEREAS, on October 3, 2011 Plaintiffs filed their Motion to Consolidate Case and Appoint Lead Counsel for the Class (the "Motion to Consolidate");

WHEREAS, the Motion to Dismiss and the Motion to Consolidate are scheduled to be heard before this Court on February 14, 2012;

WHEREAS, the parties have reached a tentative resolution of Plaintiffs' claims, obviating a need for the Court to rule on the Motion to Dismiss and the Motion to Consolidate;

IT IS HEREBY STIPULATED by and between the parties, through their respective counsel of record, that any opposition and reply dates in connection with the Motion to Dismiss and the Motion to Consolidate be vacated;

IT IS FURTHER STIPULATED by and between the parties, through their respective counsel of record, that the hearings on the Motion to Dismiss and the Motion to Consolidate currently set for February 14, 2012 be taken off the Court's calendar.

///
///
///
///
///

```
 1  Dated: January 18, 2012          STROOCK & STROOCK & LAVAN LLP
 2                                   JULIA B. STRICKLAND
                                     DAVID W. MOON
 3                                   BENJAMIN T. POTTER
 4
 5                                   By:    /s/ David W. Moon
                                              David W. Moon
 6
 7                                   Attorneys for Defendant
                                        PAYPAL, INC.
 8
 9  Dated: January 18, 2012          LAW OFFICES OF MARINA TRUBITSKY, PC
                                     MARINA TRUBITSKY
10
11
12                                   By:    /s/ Marina Trubitsky
                                              Marina Trubitsky
13
14                                   Attorneys for Plaintiffs
                                        DEVINDA FERNANDO, VADIM TSIGEL,
15                                      MICHAIL ZINGER, AMY RICKEL, FRED
                                        RICKEL, IRA GILMAN, LACY REINTSMA,
16                                      and SHAUL BEHR
```

STROOCK & STROOCK & LAVAN LLP
2029 Century Park East
Los Angeles, California 90067-3086

- 2 -

STIPULATION AND [PROPOSED] ORDER VACATING HEARING DATES
(CASE NO. 10-CV-00168 SBA)

LA 51504714

[PROPOSED] ORDER

PURSUANT TO THE STIPULATION, IT IS SO ORDERED.

Dated: 1/20/12

*Saundra B. Armstrong*
HON. SAUNDRA BROWN ARMSTRONG
UNITED STATES DISTRICT JUDGE

STROOCK & STROOCK & LAVAN LLP
2029 Century Park East
Los Angeles, California 90067-3086

- 3 -
STIPULATION AND [PROPOSED] ORDER VACATING HEARING DATES
(CASE NO. 10-CV-00168 SBA)

LA 51504714

## CERTIFICATE OF SERVICE

I hereby certify that, on January 18, 2012, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system. The Court or the CM/ECF system will send notification of such filings to all CM/ECF participants.

/s/ David W. Moon
David W. Moon