1  STROOCK & STROOCK & LAVAN LLP
   JULIA B. STRICKLAND (State Bar No. 083013)
2  DAVID W. MOON (State Bar No. 197711)
   2029 Century Park East, Suite 1800
3  Los Angeles, CA  90067-3086
   Telephone: 310-556-5800
4  Facsimile: 310-556-5959
   Email: *lacalendar@stroock.com*
5
   Attorneys for Defendant
6     PAYPAL, INC.

7

8                UNITED STATES DISTRICT COURT

9           NORTHERN DISTRICT OF CALIFORNIA – OAKLAND BRANCH

10 | MOISES ZEPEDA, MICHAEL SPEAR, | Case No.  10-CV-02500 SBA
   | RONYA OSMAN, BRIAN PATTEE,
11 | CASEY CHING, DENAE ZAMORA, | **STIPULATION AND ORDER TO**
   | MICHAEL LAVANGA, and GARY | **CONTINUE CASE MANAGEMENT**
12 | MILLER, on behalf of themselves and all | **CONFERENCE**
   | others similarly situated,
13 |                                         | Date: April 11, 2012
   |              Plaintiffs,                | Time: 3:30 p.m.
14 |                                         | Courtroom: 1 (Telephonic)
   |       v.
15 |
   | PAYPAL, INC., a Delaware Corporation,   | Action Filed: June 7, 2010
16 |
   |              Defendant.
17 |

18 | DEVINDA FERNANDO, VADIM | Case No.  10-CV-01668 SBA
   | TSIGEL, MICHAIL ZINGER, AMY
19 | RICKEL, FRED RICKEL, IRA GILMAN, | **STIPULATION AND [PROPOSED]**
   | LACY REINTSMA, and SHAUL BEHR | **ORDER TO CONTINUE CASE**
20 | on behalf of themselves and all others | **MANAGEMENT CONFERENCE**
   | similarly situated,
21 |                                         | Date: April 11, 2012
   |              Plaintiffs,                | Time: 3:00 p.m.
22 |                                         | Courtroom: 1 (Telephonic)
   |       v.
23 |
   | PAYPAL, INC., a Delaware Corporation,   | Action Filed: June 7, 2010
24 |
   |              Defendant.
25

26

27

28
   ────────────────────────────────────────────────────
   STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE
                                                CASE NO. 10-CV-02500 SBA
                                                CASE NO. 10-CV-01668 SBA
   LA 51531006

1    Defendant PayPal, Inc. ("PayPal"); plaintiffs Moises Zepeda, Michael Spear, Ronya

2 Osman, Brian Pattee, Casey Ching, Denae Zamora, Michael Lavanga and Gary Miller (the "Zepeda

3 Plaintiffs"); and plaintiffs Devinda Fernando, Vadim Tsigel, Michail Zinger, Amy Rickel, Fred

4 Rickel, Ira Gilman, Lacy Reinstma and Shaul Behr (the "Fernando Plaintiffs") (collectively, the

5 "Parties") hereby submit this Stipulation for an Order to continue the telephonic case management

6 conference, which is currently scheduled for April 11, 2012 at 3:00 p.m. in Courtroom 1 of the

7 above-captioned court.

8    WHEREAS, a Case Management Conference is currently scheduled for on April 11, 2012;

9    WHEREAS, counsel for the Parties have agreed to continue the Case Management

10 Conference to April 19, 2012, at 3:00 p.m.;

11    WHEREAS, this Stipulation is made in good faith and not for purposes of delay;

12    WHEREAS, due to counsel's scheduling conflict, good cause exists for the continuance of

13 the Case Management Conference by one week. IT IS HEREBY STIPULATED, by and between

14 the Parties, through their respective counsel of record, that the Case Management Conference

15 currently scheduled for April 11, 2012 at 3:00 p.m. be continued to April 19, 2012 at 2:30 p.m.,

16 The parties shall **meet and confer** prior to the conference and shall prepare a joint Case

17 Management Conference Statement, which shall be filed no later than ten (10) days prior to the

18 Case Management Conference and complies with the Standing Order For All Judges Of The

19 Northern District Of California and the Standing Order of this Court.  Plaintiffs shall be responsible

20 for filing the statement as well as for arranging the conference call.  All parties shall be on the line

21 and shall call (510) 637-3559 at the above indicated date and time.

22

23 / / /

24 / / /

25 / / /

26 / / /

27 / / //

28

- 1 -

STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE
CASE NO. 10-CV-02500 SBA
CASE NO. 10-CV-01668 SBA

LA 51531006

Dated:  April 9, 2012              Respectfully submitted,

                                   STROOCK & STROOCK & LAVAN LLP


                                   By:      /s/ David W. Moon
                                                David W. Moon

                                   Attorneys for Defendant
                                      PAYPAL, INC.


Dated:  April 9, 2012              LEXINGTON LAW GROUP


                                   By:      /s/ Mark M. Todzo
                                                Mark M. Todzo

                                   Attorneys for Plaintiffs
                                      MOISES ZEPEDA, MICHAEL SPEAR, RONYA
                                      OSMAN, BRIAN PATTEE, CASEY CHING,
                                      DENAE ZAMORA, MICHAEL LAVANGA
                                      AND GARY MILLER


Dated:  April 9, 2012              LAW OFFICES OF MARINA TRUBITSKY, PC


                                   By:      /s/ Marina Trubitsky
                                                Marina Trubitsky

                                   Attorneys for Plaintiffs
                                      DEVINDA FERNANDO, VADIM TSIGEL,
                                      MICHAIL ZINGER, AMY RICKEL, FRED
                                      RICKEL, IRA GILMAN, LACY REINTSMA,
                                      AND SHAUL BEHR

- 2 -
STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE
CASE NO. 10-CV-02500 SBA
CASE NO. 10-CV-01668 SBA

LA 51531006

**ORDER**

PURSUANT TO THE STIPULATION, IT IS SO ORDERED.

Dated: __4/10/12

*Saundra B. Armstrong*
HON. SAUNDRA BROWN ARMSTRONG
UNITED STATES DISTRICT JUDGE

- 3 -
STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE
CASE NO. 10-CV-02500 SBA
CASE NO. 10-CV-01668 SBA

LA 51531006

**CERTIFICATE OF SERVICE**

I hereby certify that, on April 9, 2012, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system. The Court or the CM/ECF system will send notification of such filings to all CM/ECF participants.

        /s/ David W. Moon
          David W. Moon

- 4 -
STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE
CASE NO. 10-CV-02500 SBA
CASE NO. 10-CV-01668 SBA

LA 51531006