| | |
|---|---|
| 1 | STROOCK & STROOCK & LAVAN LLP |
| | JULIA B. STRICKLAND (State Bar No. 083013) |
| 2 | DAVID W. MOON (State Bar No. 197711) |
| | BENJAMIN T. POTTER (State Bar No. 260588) |
| 3 | 2029 Century Park East, Suite 1800 |
| | Los Angeles, CA 90067-3086 |
| 4 | Telephone: 310-556-5800 |
| | Facsimile: 310-556-5959 |
| 5 | Email: *lacalendar@stroock.com* |
| 6 | Attorneys for Defendant |
| | PAYPAL, INC. |
| 7 | |

## UNITED STATES DISTRICT COURT

### NORTHERN DISTRICT OF CALIFORNIA – OAKLAND BRANCH

| | | |
|---|---|---|
| 10 | MOISES ZEPEDA, MICHAEL SPEAR, RONYA OSMAN, BRIAN PATTEE, CASEY CHING, DENAE ZAMORA, MICHAEL LAVANGA, and GARY MILLER, on behalf of themselves and all others similarly situated, | Case No. 10-CV-02500 SBA |
| | | **STIPULATION AND [PROPOSED] ORDER CONTINUING DATE TO FILE MOTION FOR PRELIMINARY APPROVAL** |
| | Plaintiffs, | |
| | v. | Action Filed: June 7, 2010 |
| | PAYPAL, INC., a Delaware Corporation, | |
| | Defendant. | |
| 18 | DEVINDA FERNANDO, VADIM TSIGEL, MICHAIL ZINGER, AMY RICKEL, FRED RICKEL, IRA GILMAN, LACY REINTSMA, and SHAUL BEHR on behalf of themselves and all others similarly situated, | Case No. 10-CV-01668 SBA |
| | | **STIPULATION AND [PROPOSED] ORDER CONTINUING DATE TO FILE MOTION FOR PRELIMINARY APPROVAL** |
| | Plaintiffs, | |
| | v. | Action Filed: June 7, 2010 |
| | PAYPAL, INC., a Delaware Corporation, | |
| | Defendant. | |

STIPULATION AND [PROPOSED] ORDER RE DATE TO FILE MOTION FOR PRELIMINARY APPROVAL
CASE NO. 10-CV-02500 SBA
CASE NO. 10-CV-01668 SBA

LA 51531006

1  Defendant PayPal, Inc. and plaintiffs Moises Zepeda, Michael Spear, Ronya Osman, Brian
2  Pattee, Casey Ching, Denae Zamora, Michael Lavanga, Gary Miller, Devinda Fernando, Vadim
3  Tsigel, Michail Zinger, Amy Rickel, Fred Rickel, Ira Gilman, Lacy Reinstma and Shaul Behr
4  (collectively, the "Parties") hereby submit this Stipulation for an Order to continue the date to file a
5  motion for preliminary approval of settlement, which is currently due on May 8, 2012.
6  WHEREAS, a Case Management Conference was held on April 19, 2012, at which the
7  Parties advised the Court that the Parties have reached a tentative agreement to settle the above-
8  captioned actions on a class-action basis and are currently in the process of drafting a written
9  settlement agreement and exhibits, including proposed notice to the class;
10  WHEREAS, at the Case Management Conference, the Court set a hearing on a motion for
11  preliminary approval on June 12, 2012, with the motion for preliminary approval to be filed by
12  May 8, 2012;
13  WHEREAS, the Parties require additional time to complete the drafting of the settlement
14  agreement and exhibits;
15  WHEREAS, this Stipulation is made in good faith and not for purposes of delay;
16  IT IS HEREBY STIPULATED, by and between the Parties, through their respective
17  counsel of record, that the date to file a motion for preliminary approval of settlement shall be
18  continued from May 8, 2012 to May 15, 2012.
19  / / /
20  / / /
21  / / /

- 1 -
STIPULATION AND [PROPOSED] ORDER RE DATE TO FILE MOTION FOR PRELIMINARY APPROVAL
CASE NO. 10-CV-02500 SBA
CASE NO. 10-CV-01668 SBA

LA 51531006

| | | |
|---|---|---|
| 1 | Dated: May 8, 2012 | Respectfully submitted, |
| 2 | | STROOCK & STROOCK & LAVAN LLP |
| | | JULIA B. STRICKLAND |
| 3 | | DAVID W. MOON |
| | | BENJAMIN T. POTTER |
| 4 | | |

By:        */s/ David W. Moon*
                         David W. Moon

Attorneys for Defendant
   PAYPAL, INC.

Dated: May 8, 2012            LEXINGTON LAW GROUP

By:        */s/ Mark M. Todzo*
                         Mark M. Todzo

Attorneys for Plaintiffs
   MOISES ZEPEDA, MICHAEL SPEAR, RONYA OSMAN, BRIAN PATTEE, CASEY CHING, DENAE ZAMORA, MICHAEL LAVANGA AND GARY MILLER

Dated: May 8, 2012            LAW OFFICES OF MARINA TRUBITSKY, PC

By:        */s/ Marina Trubitsky*
                         Marina Trubitsky

Attorneys for Plaintiffs
   DEVINDA FERNANDO, VADIM TSIGEL, MICHAIL ZINGER, AMY RICKEL, FRED RICKEL, IRA GILMAN, LACY REINTSMA, AND SHAUL BEHR

- 2 -
STIPULATION AND [PROPOSED] ORDER RE DATE TO FILE MOTION FOR PRELIMINARY APPROVAL
CASE NO. 10-CV-02500 SBA
CASE NO. 10-CV-01668 SBA

LA 51531006

## [PROPOSED] ORDER

PURSUANT TO THE STIPULATION, IT IS SO ORDERED.

Dated: 5/10/12

*/s/ Saundra B. Armstrong*
HON. SAUNDRA BROWN ARMSTRONG
UNITED STATES DISTRICT JUDGE

STIPULATION AND [PROPOSED] ORDER RE DATE TO FILE MOTION FOR PRELIMINARY APPROVAL
CASE NO. 10-CV-02500 SBA
CASE NO. 10-CV-01668 SBA

LA 51531006

# CERTIFICATE OF SERVICE

I hereby certify that, on May 8, 2012, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system.  The Court or the CM/ECF system will send notification of such filings to all CM/ECF participants.

                    /s/ David W. Moon
                    David W. Moon

- 4 -
STIPULATION AND [PROPOSED] ORDER RE DATE TO FILE MOTION FOR PRELIMINARY APPROVAL
CASE NO. 10-CV-02500 SBA
CASE NO. 10-CV-01668 SBA

LA 51531006