STROOCK & STROOCK & LAVAN LLP
JULIA B. STRICKLAND (State Bar No. 083013)
DAVID W. MOON (State Bar No. 197711)
BENJAMIN T. POTTER (State Bar No. 260588)
2029 Century Park East, Suite 1800
Los Angeles, CA 90067-3086
Telephone: 310-556-5800
Facsimile: 310-556-5959
Email: *lacalendar@stroock.com*

Attorneys for Defendant
   PAYPAL, INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA – OAKLAND BRANCH

| | |
|---|---|
| MOISES ZEPEDA, MICHAEL SPEAR, RONYA OSMAN, BRIAN PATTEE, CASEY CHING, DENAE ZAMORA, MICHAEL LAVANGA, and GARY MILLER, on behalf of themselves and all others similarly situated,<br><br>    Plaintiffs,<br><br>    v.<br><br>PAYPAL, INC., a Delaware Corporation,<br><br>    Defendant. | Case No. 10-CV-02500 SBA<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING DATE TO FILE MOTION FOR PRELIMINARY APPROVAL**<br><br>Action Filed: June 7, 2010 |
| DEVINDA FERNANDO, VADIM TSIGEL, MICHAIL ZINGER, AMY RICKEL, FRED RICKEL, IRA GILMAN, LACY REINTSMA, and SHAUL BEHR on behalf of themselves and all others similarly situated,<br><br>    Plaintiffs,<br><br>    v.<br><br>PAYPAL, INC., a Delaware Corporation,<br><br>    Defendant. | Case No. 10-CV-01668 SBA<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING DATE TO FILE MOTION FOR PRELIMINARY APPROVAL**<br><br>Action Filed: June 7, 2010 |

STIPULATION AND [PROPOSED] ORDER RE DATE TO FILE MOTION FOR PRELIMINARY APPROVAL
CASE NO. 10-CV-02500 SBA
CASE NO. 10-CV-01668 SBA

LA 51531006

Defendant PayPal, Inc. and plaintiffs Moises Zepeda, Michael Spear, Ronya Osman, Brian Pattee, Casey Ching, Denae Zamora, Michael Lavanga, Gary Miller, Devinda Fernando, Vadim Tsigel, Michail Zinger, Amy Rickel, Fred Rickel, Ira Gilman, Lacy Reinstma and Shaul Behr (collectively, the "Parties") hereby submit this Stipulation for an Order to continue the date to file a motion for preliminary approval of settlement, which is currently due on May 8, 2012.

WHEREAS, a Case Management Conference was held on April 19, 2012, at which the Parties advised the Court that the Parties have reached a tentative agreement to settle the above-captioned actions on a class-action basis and are currently in the process of drafting a written settlement agreement and exhibits, including proposed notice to the class;

WHEREAS, at the Case Management Conference, the Court set a hearing on a motion for preliminary approval on June 12, 2012, with the motion for preliminary approval to be filed by May 8, 2012;

WHEREAS, the Parties require additional time to complete the drafting of the settlement agreement and exhibits;

WHEREAS, this Stipulation is made in good faith and not for purposes of delay;

IT IS HEREBY STIPULATED, by and between the Parties, through their respective counsel of record, that the date to file a motion for preliminary approval of settlement shall be continued from May 8, 2012 to May 15, 2012.

/ / /

/ / /

/ / /

- 1 -

STIPULATION AND [PROPOSED] ORDER RE DATE TO FILE MOTION FOR PRELIMINARY APPROVAL
CASE NO. 10-CV-02500 SBA
CASE NO. 10-CV-01668 SBA

LA 51531006

| | |
|---|---|
| Dated: May 8, 2012 | Respectfully submitted,<br><br>STROOCK & STROOCK & LAVAN LLP<br>JULIA B. STRICKLAND<br>DAVID W. MOON<br>BENJAMIN T. POTTER<br><br>By: _/s/ David W. Moon_<br>         David W. Moon<br><br>Attorneys for Defendant<br>  PAYPAL, INC. |
| Dated: May 8, 2012 | LEXINGTON LAW GROUP<br><br>By: _/s/ Mark M. Todzo_<br>         Mark M. Todzo<br><br>Attorneys for Plaintiffs<br>  MOISES ZEPEDA, MICHAEL SPEAR, RONYA OSMAN, BRIAN PATTEE, CASEY CHING, DENAE ZAMORA, MICHAEL LAVANGA AND GARY MILLER |
| Dated: May 8, 2012 | LAW OFFICES OF MARINA TRUBITSKY, PC<br><br>By: _/s/ Marina Trubitsky_<br>         Marina Trubitsky<br><br>Attorneys for Plaintiffs<br>  DEVINDA FERNANDO, VADIM TSIGEL, MICHAIL ZINGER, AMY RICKEL, FRED RICKEL, IRA GILMAN, LACY REINTSMA, AND SHAUL BEHR |

- 2 -
STIPULATION AND [PROPOSED] ORDER RE DATE TO FILE MOTION FOR PRELIMINARY APPROVAL
CASE NO. 10-CV-02500 SBA
CASE NO. 10-CV-01668 SBA

LA 51531006


# [PROPOSED] ORDER

PURSUANT TO THE STIPULATION, IT IS SO ORDERED.

Dated: 5/10/12

HON. SAUNDRA BROWN ARMSTRONG
UNITED STATES DISTRICT JUDGE

STIPULATION AND [PROPOSED] ORDER RE DATE TO FILE MOTION FOR PRELIMINARY APPROVAL
CASE NO. 10-CV-02500 SBA
CASE NO. 10-CV-01668 SBA

LA 51531006

## CERTIFICATE OF SERVICE

I hereby certify that, on May 8, 2012, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system. The Court or the CM/ECF system will send notification of such filings to all CM/ECF participants.

                                        /s/ David W. Moon
                                          David W. Moon