1

2

3

4                    **UNITED STATES DISTRICT COURT**

5              **NORTHERN DISTRICT OF CALIFORNIA – OAKLAND BRANCH**

6   MOISES ZEPEDA, MICHAEL SPEAR,      )   Case No.  10-CV-02500 SBA
    RONYA OSMAN, BRIAN PATTEE,         )
    CASEY CHING, DENAE ZAMORA,         )   **ORDER**
7   MICHAEL LAVANGA, and GARY          )
    MILLER, on behalf of themselves and all  )
8   others similarly situated,         )
                                       )
9              Plaintiffs,             )
                                       )
10         v.                          )
                                       )
11  PAYPAL, INC., a Delaware Corporation,  )
                                       )
12             Defendant.              )
                                       )
13  _____)
    DEVINDA FERNANDO, VADIM            )   Case No.  10-CV-01668 SBA
14  TSIGEL, MICHAIL ZINGER, AMY        )
    RICKEL, FRED RICKEL, IRA GILMAN,   )   **ORDER**
15  LACY REINTSMA, and SHAUL BEHR      )
    on behalf of themselves and all others  )
16  similarly situated,                )
                                       )
17             Plaintiffs,             )
                                       )
18         v.                          )
                                       )
19  PAYPAL, INC., a Delaware Corporation,  )
                                       )
20             Defendant.              )
                                       )
21

22

23        The parties' stipulated request to convert the hearing on a motion for preliminary approval

24  of settlement, which is scheduled for June 12, 2012, to a telephonic Case Management Conference,

25  is DENIED.  Within seven (7) days of the date this Order is filed, the parties shall submit a

26  stipulation and proposed order regarding a revised briefing schedule and hearing date in connection

27  with the motion for preliminary approval of settlement.  Docket 89 in C 10-2500 SBA and Docket

28  69 in C 10-1668 SBA shall be terminated.

1      IT IS SO ORDERED.

2  Dated:  June 12, 2012

3  _____
   SAUNDRA BROWN ARMSTRONG
   United States District Judge

- 1 -