1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA – OAKLAND BRANCH**

MOISES ZEPEDA, MICHAEL SPEAR,
RONYA OSMAN, BRIAN PATTEE,
CASEY CHING, DENAE ZAMORA,
MICHAEL LAVANGA, and GARY
MILLER, on behalf of themselves and all
others similarly situated,

                Plaintiffs,

      v.

PAYPAL, INC., a Delaware Corporation,

                Defendant.

Case No.  10-CV-02500 SBA

**ORDER**

DEVINDA FERNANDO, VADIM
TSIGEL, MICHAIL ZINGER, AMY
RICKEL, FRED RICKEL, IRA GILMAN,
LACY REINTSMA, and SHAUL BEHR
on behalf of themselves and all others
similarly situated,

                Plaintiffs,

      v.

PAYPAL, INC., a Delaware Corporation,

                Defendant.

Case No.  10-CV-01668 SBA

**ORDER**

      The parties' stipulated request to convert the hearing on a motion for preliminary approval

of settlement, which is scheduled for June 12, 2012, to a telephonic Case Management Conference,

is DENIED.  Within seven (7) days of the date this Order is filed, the parties shall submit a

stipulation and proposed order regarding a revised briefing schedule and hearing date in connection

with the motion for preliminary approval of settlement.  Docket 89 in C 10-2500 SBA and Docket

69 in C 10-1668 SBA shall be terminated.

1        IT IS SO ORDERED.

2  Dated:  June 12, 2012

3                                          _____
                                           SAUNDRA BROWN ARMSTRONG
4                                          United States District Judge

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28