UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| MOISES ZEPEDA, MICHAEL SPEAR, RONYA OSMAN, BRIAN PATTEE, CASEY CHING, DENAE ZAMORA, MICHAEL LAVANGA, and GARY MILLER, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>PAYPAL, INC., a Delaware Corporation,<br>Defendant. | Case No: C 10-2500 SBA<br><br>**ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION TO VACATE HEARING DATE ON MOTION TO INTERVENE**<br><br>Related to:<br>No. C 10-1668 SBA<br><br>Docket 106 |

Good cause appearing,

IT IS HEREBY ORDERED THAT Plaintiffs' administrative motion to vacate the hearing on their motion to intervene is GRANTED. The motion hearing is CONTINUED from September 18, 2012 to **October 16, 2012 at 1:00 p.m**. Pursuant to Federal Rule of Civil Procedure 78(b) and Civil Local Rule 7-1(b), the Court, in its discretion, may resolve the motion without oral argument. The parties are advised to check the Court's website to determine whether a court appearance is required. This Order terminates Docket 106.

IT IS SO ORDERED.

Dated: September 17, 2012

*Saundra B Armstrong*
SAUNDRA BROWN ARMSTRONG
United States District Judge