1
2
3
4
5
6

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| MOISES ZEPEDA, MICHAEL SPEAR, RONYA OSMAN, BRIAN PATTEE, CASEY CHING, DENAE ZAMORA, MICHAEL LAVANGA, and GARY MILLER, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>PAYPAL, INC., a Delaware Corporation, Defendant. | Case No:  C 10-2500 SBA<br><br>**ORDER CONTINUING MOTION HEARING**<br><br>Related to:<br>No. C 10-1668 SBA |

7
8
9
10
11
12
13
14
15

16  The hearing on Plaintiffs' Motion to Intervene and for Stay of Both Proceedings

17  scheduled for October 16, 2012 is CONTINUED to November 13, 2012 at 1:00 p.m.

18  Pursuant to Federal Rule of Civil Procedure 78(b) and Civil Local Rule 7-1(b), the Court,

19  in its discretion, may resolve the motion without oral argument.  The parties are advised to

20  check the Court's website to determine whether a court appearance is required.  This Order

21  shall be filed in both of the above-referenced actions.

22  IT IS SO ORDERED.

23  Dated: October 11, 2012

SAUNDRA BROWN ARMSTRONG
United States District Judge

24
25
26
27
28