UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| MOISES ZEPEDA, MICHAEL SPEAR, RONYA OSMAN, BRIAN PATTEE, CASEY CHING, DENAE ZAMORA, MICHAEL LAVANGA, and GARY MILLER, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>PAYPAL, INC., E-BAY INC., and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No: C 10-2500 SBA<br><br>Related to:<br>No. C 10-1668 SBA<br><br>**ORDER** |

Reginald Burgess, who is not a party to the above-captioned case, has filed three pro se requests: (1) a Notice of Appearance and Request for Service (Dkt. 119); (2) a Request to be Heard re Docket Item 114 (Dkt. 120); and (3) a Request to Intervene as Member of Protected Class and to Join Pending Motion re: Docket Item 38 (Dkt. 121). Though not entirely clear, it appears that Mr. Burgess is seeking leave to join in the motion to intervene filed by the plaintiffs' counsel in Dunkel, et al. v. eBay, Inc., No. C 12-1452 EJD. On November 27, 2012, however, the Court denied the Dunkel plaintiffs' motion to intervene without prejudice and referred the matter, along with related case Fernando v. PayPal, Inc., No. C 10-1668 SBA, to a magistrate judge for a mandatory settlement conference. See Dkt. 122. In light of that ruling, Mr. Burgess' motions are moot. Accordingly,

| | |
|---|---|
| 1 | IT IS HEREBY ORDERED THAT the Notice of Appearance and Request for |
| 2 | Service, Request to be Heard re Docket Item 114, and Request to Intervene as Member of |
| 3 | Protected Class and to Join Pending Motion re: Docket Item 38 are DENIED without |
| 4 | prejudice to renewal in the event the action is not settled at the forthcoming settlement |
| 5 | conference scheduled before Magistrate Judge Nathanael Cousins.  This Order terminates |
| 6 | Docket 119, 120 and 121. |
| 7 | |
| 8 | |
| 9 | |
| 10 | |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

IT IS SO ORDERED.

Dated: November 30, 2012

*Saundra B Armstrong*
SAUNDRA BROWN ARMSTRONG
United States District Judge

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

MOISES ZEPEDA,

        Plaintiff,

  v.

PAYPAL, INC. et al,

        Defendant.
                                  /

Case Number: CV10-02500 SBA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on December 3, 2012, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Reginald Burgess
630 N. Tustin Ave
#499
Orange, CA 92887-7127

Dated: December 3, 2012

                              Richard W. Wieking, Clerk

                                    By: Lisa Clark, Deputy Clerk