UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| MOISES ZEPEDA, MICHAEL SPEAR, RONYA OSMAN, BRIAN PATTEE, CASEY CHING, DENAE ZAMORA, MICHAEL LAVANGA, and GARY MILLER, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>PAYPAL, INC., E-BAY INC., and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No: C 10-2500 SBA<br><br>**ORDER**<br><br>Dkt. 92 |
| DEVINDA FERNANDO, VADIM TSIGEL, MICHAIL ZINGER, AMY RICKEL, FRED RICKEL, IRA GILMAN, LACY REINTSMA, and SHAUL BEHR on behalf of themselves and all others similarly situated and on behalf of the general public of the United States<br><br>Plaintiffs,<br><br>v.<br><br>PAYPAL, INC., a Delaware Corporation,<br><br>Defendant. | Case No: C 10-1668 SBA<br><br>**ORDER**<br><br>Dkt. 73 |

| | |
|---|---|
| 1 |     IT IS HEREBY ORDERED THAT the parties' Stipulation Re Revised Briefing |
| 2 | Schedule and Hearing Date in Connection with the Motion for Preliminary Approval of |
| 3 | Settlement is DENIED as moot. This Order terminates Docket 92 in Case No. C 10-2500 |
| 4 | SBA and Docket 73 in Case No. C 10-1668 SBA. |
| 5 |     IT IS SO ORDERED. |
| 6 | Dated: January 27, 2013 |

                                                                  *Saundra B. Armstrong*
SAUNDRA BROWN ARMSTRONG
United States District Judge