IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEVINA FERNANDO, et al., | No. 4:10-CV-01668 SBA (NC) |
| Plaintiffs, | **ORDER** |
| v. | |
| EBAY, INC., et al., | |
| Defendants. | |
| MOISES ZEPEDA, et al., | No. 4:10-cv-02500 SBA (NC) |
| Plaintiffs, | **ORDER** |
| v. | |
| PAYPAL, INC., et al., | |
| Defendants. | |

The Court has received a document entitled "Settlement Conference Statement of Reginald Burgess" submitted by Reginald Burgess. Mr. Burgess is not a party to these cases, and his request to intervene for purpose of participating in the settlement conference was denied by the Court. See Case 10-cv-01668 SBA Dkt. No. 89, 12/14/12 Order denying Burgess's motion for reconsideration of Order denying intervention. Accordingly, the Court will disregard the statement submitted by Burgess. Burgess may not submit any further settlement-related communications to this Court without advance leave of Court.

**IT IS SO ORDERED.**

Dated: January 31, 2013

NATHANAEL COUSINS
United States Magistrate Judge