UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DEVINDA FERNANDO, and others,<br><br>  Plaintiffs,<br><br>  v.<br><br>PAYPAL, INC.,<br><br>  Defendant. | Case No. 10-cv-01668 SBA (NC)<br><br>**ORDER GRANTING IN PART ADMINISTRATIVE MOTION TO SEAL**<br><br>Re: Dkt. No. 109 |

Plaintiffs move to seal Exhibit A to their response to this Court's order to show cause, as well as references to that exhibit in the response. The issue is whether plaintiffs have shown good cause to overcome the presumption of public access and to warrant filing these documents under seal. Because the materials include confidential medical records, including the medical records of a nonparty, the Court GRANTS plaintiffs' motion to seal Exhibit A to their response. Dkt. No. 106-5. The Court determines, however, that any references to Exhibit A do not reveal confidential information, and thus DENIES plaintiffs' request to redact portions of their response.

IT IS SO ORDERED.

Date: March 8, 2013

_____
Nathanael M. Cousins
United States Magistrate Judge

Case No. 10-cv-01668 SBA (NC)
ORDER GRANTING MOTION TO SEAL