1
2
3                  UNITED STATES DISTRICT COURT
4            FOR THE NORTHERN DISTRICT OF CALIFORNIA
5                         OAKLAND DIVISION
6

7  MOISES ZEPEDA, MICHAEL SPEAR,          Case No:  C 10-2500 SBA
   RONYA OSMAN, BRIAN PATTEE,
   CASEY CHING, DENAE ZAMORA,             Related to:
8  MICHAEL LAVANGA, and GARY              No. C 10-1668 SBA
   MILLER, on behalf of themselves and all
9  others similarly situated,             **ORDER STRIKING IMPROPER
                                          MOTION TO ENFORCE
10                 Plaintiffs,            SETTLEMENT FILED BY NON-
                                          PARTY REGINALD BURGESS**
11         v.
                                          Dkt. 144
12 PAYPAL, INC., E-BAY INC., and DOES 1
   through 10, inclusive,
13
                   Defendants.
14

15

16         Non-party Reginald Burgess ("Burgess") has filed a Motion to Enforce Comb v.

17 Paypal 2002 Settlement and Order Appearance of Court Appointed Enforcement Officer.

18 Dkt. 144.  Burgess is not a party to the action and has not been granted leave to intervene.

19 As such, he presently lacks standing to bring the aforementioned motion.  Accordingly,

20         IT IS HEREBY ORDERED THAT Burgess' Motion to Enforce Comb v. Paypal

21 2002 Settlement and Order Appearance of Court Appointed Enforcement Officer shall be

22 STRICKEN from the record.

23         IT IS SO ORDERED.

24 Dated:  May 1, 2013

25                                        SAUNDRA BROWN ARMSTRONG
                                          United States District Judge
26

27 N:\Ke…\Civil\10-2500 - Zepeda - Order Striking Motion.docx

28