UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| MOISES ZEPEDA, MICHAEL SPEAR, RONYA OSMAN, BRIAN PATTEE, CASEY CHING, DENAE ZAMORA, MICHAEL LAVANGA, and GARY MILLER, on behalf of themselves and all others similarly situated,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>PAYPAL, INC., E-BAY INC., and DOES 1 through 10, inclusive,<br><br>　　　　Defendants. | Case No: C 10-2500 SBA<br><br>Related to:<br>No. C 10-1668 SBA<br><br>**ORDER STRIKING IMPROPER MOTION TO ENFORCE SETTLEMENT FILED BY NON-PARTY REGINALD BURGESS**<br><br>Dkt. 144 |

　　　Non-party Reginald Burgess ("Burgess") has filed a Motion to Enforce Comb v. Paypal 2002 Settlement and Order Appearance of Court Appointed Enforcement Officer. Dkt. 144. Burgess is not a party to the action and has not been granted leave to intervene. As such, he presently lacks standing to bring the aforementioned motion. Accordingly,

　　　IT IS HEREBY ORDERED THAT Burgess' Motion to Enforce Comb v. Paypal 2002 Settlement and Order Appearance of Court Appointed Enforcement Officer shall be STRICKEN from the record.

　　　IT IS SO ORDERED.

Dated: May 1, 2013

*Saundra B Armstrong*
SAUNDRA BROWN ARMSTRONG
United States District Judge

N:\Ke…\Civil\10-2500 - Zepeda - Order Striking Motion.docx