| | |
|---|---|
| 1 | STROOCK & STROOCK & LAVAN LLP |
| | JULIA B. STRICKLAND (State Bar No. 083013) |
| 2 | DAVID W. MOON (State Bar No. 197711) |
| | 2029 Century Park East, Suite 1800 |
| 3 | Los Angeles, CA  90067-3086 |
| | Telephone: 310-556-5800 |
| 4 | Facsimile: 310-556-5959 |
| | Email: *lacalendar@stroock.com* |
| 5 | |
| | Attorneys for Defendants |
| 6 |    PAYPAL, INC. and EBAY INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – OAKLAND DIVISION

| | |
|---|---|
| MOISES ZEPEDA, MICHAEL SPEAR, RONYA OSMAN, BRIAN PATTEE, CASEY CHING, DENAE ZAMORA, MICHAEL LAVANGA, and GARY MILLER, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>PAYPAL, INC., et al.,<br><br>Defendants. | Case No.  10-CV-02500 SBA<br><br>**DEFENDANTS' MOTION FOR ADMINISTRATIVE RELIEF TO MODIFY BRIEFING SCHEDULE ON MOTION TO INTERVENE AND AMEND COMPLAINT (DKT. 149)**<br><br>[[Proposed] Order and Declaration of Benjamin T. Potter filed concurrently] |
| DEVINDA FERNANDO, VADIM TSIGEL, MICHAIL ZINGER, AMY RICKEL, FRED RICKEL, IRA GILMAN, LACY REINTSMA, and SHAUL BEHR on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>PAYPAL, INC., a Delaware Corporation,<br><br>Defendant. | Case No.  10-CV-01668 SBA<br><br>**DEFENDANT'S MOTION FOR ADMINISTRATIVE RELIEF TO MODIFY BRIEFING SCHEDULE ON MOTION TO INTERVENE AND AMEND COMPLAINT (DKT. 130)**<br><br>[[Proposed] Order and Declaration of Benjamin T. Potter filed concurrently] |

DEFENDANTS' MOTION FOR ADMINISTRATIVE RELIEF TO MODIFY BRIEFING SCHEDULE
CASE NO. 10-CV-02500 SBA
CASE NO. 10-CV-01668 SBA

LA 51648455V2

**MOTION FOR ADMINISTRATIVE RELIEF TO MODIFY BRIEFING SCHEDULE**

Pursuant to Local Rule 7-11, Defendants PayPal, Inc. and eBay Inc. ("Defendants") hereby request that the Court continue briefing in connection with the Motion To Intervene and Amend Complaint (Fernando Dkt. 130; Zepeda Dkt. 149) submitted on behalf of Reginald Burgess and Plaintiffs Amy and Fred Rickel (the "Motion") until after the May 16, 2013 telephonic Case Management Conference ("CMC") in the related matters of Fernando v. PayPal, Inc., Case No. 10-CV-01668 SBA, and Zepeda v. PayPal, Inc., Case No. 10-CV-02500 SBA (collectively, the "Related Matters).  Defendants' response to the Motion is currently due on May 15, 2013, one day prior to the CMC.  A hearing on the Motion is not scheduled until July 2, 2013.   This request is made in good faith and not for the purposes of delay.

Attorney Garrett Skelly, counsel for Reginald Burgess and also apparently co-counsel for Fernando plaintiffs Amy and Fred Rickel, filed the Motion on May 1, 2013, two days following the Court's April 29, 2013 Order denying Mr. Burgess' second attempt to intervene in the Related Matters.  (Zepeda Dkt. 147.)  Given the recent barrage of conflated briefing filed by Mr. Skelly, Defendants' sought to postpone further briefing on the Motion until after the conclusion of the CMC.  (Declaration of Benjamin T. Potter ("Potter Decl.") ¶ 2. )  Defendants believe that input from local and lead counsel in Fernando, Mr. Hicks and Ms. Trubitsky, and guidance from the Court at the CMC may provide guidance in addressing the current uncertainty surrounding the legal representation of the named Plaintiffs in Fernando and other issues raised by the Motion. Defendants note that to date Mr. Skelly has failed to filed any substitution of attorney in either of the Related Matters, yet he purports to represent several of the named Plaintiffs in Fernando, as well as various non-parties apparently seeking to intervene.  For example, Mr. Skelly's latest motion was filed on behalf of parties Amy Rickel, Fred Rickel and Lacy Reintsma and non-parties Reginald Burgess, Caleb Reintsma, and Colette Tapia. (Fernando Dkt. 143, at 2.)  Mr. Skelly also has simultaneously filed multiple motions to disqualify current counsel in the Fernando matter, none of which have yet been ruled on. (Fernando Dkt. 122, 143.)

- 1 -

DEFENDANTS' MOTION FOR ADMINISTRATIVE RELIEF TO MODIFY BRIEFING SCHEDULE
CASE NO. 10-CV-02500 SBA
CASE NO. 10-CV-01668 SBA

LA 51648455V2

1   Counsel for Defendants contacted Mr. Skelly and counsel for all parties in the Related
2   Matters in an effort to stipulate to modifying the briefing schedule and postponing further briefing
3   in connection with the Motion until after the CMC. (Potter Decl. ¶ 2.) <u>Fernando</u> counsel David
4   Hicks agreed to the proposal; Mr. Skelly refused Defendants' request. (<u>Id.</u> ¶¶ 3-4.)

5   For the foregoing reasons, Defendants respectfully request that the Court vacate the current
6   briefing deadlines on the Motion and reset the briefing schedule after the conclusion of the CMC.

Dated: May 9, 2013

Respectfully submitted,

STROOCK & STROOCK & LAVAN LLP
JULIA B. STRICKLAND
DAVID W. MOON
BENJAMIN T. POTTER

By:   */s/ Benjamin T. Potter*
              Benjamin T. Potter

Attorneys for Defendants
   PAYPAL, INC. and EBAY INC.

- 2 -
DEFENDANTS' MOTION FOR ADMINISTRATIVE RELIEF TO MODIFY BRIEFING SCHEDULE
CASE NO. 10-CV-02500 SBA
CASE NO. 10-CV-01668 SBA

LA 51648455V2

## CERTIFICATE OF SERVICE

I hereby certify that, on May 9, 2013, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system. The Court or the CM/ECF system will send notification of such filings to all CM/ECF participants.

                                             */s/ Benjamin T. Potter*
                                              Benjamin T. Potter

- 3 -
DEFENDANTS' MOTION FOR ADMINISTRATIVE RELIEF TO MODIFY BRIEFING SCHEDULE
CASE NO. 10-CV-02500 SBA
CASE NO. 10-CV-01668 SBA

LA 51648455V2