1
2
3
4
5
6
7    UNITED STATES DISTRICT COURT
8    FOR THE NORTHERN DISTRICT OF CALIFORNIA
9    OAKLAND DIVISION

10

11  MOISES ZEPEDA, MICHAEL SPEAR, RONYA OSMAN, BRIAN PATTEE, CASEY CHING, DENAE ZAMORA, MICHAEL LAVANGA, and GARY MILLER, on behalf of themselves and all others similarly situated,

Case No: C 10-2500 SBA

**ORDER RE MEET AND CONFER REQUIREMENT**

14         Plaintiffs,

15    v.

16  PAYPAL, INC., E-BAY INC., and DOES 1 through 10, inclusive,

17         Defendants.

18

19

20  DEVINDA FERNANDO, VADIM TSIGEL, MICHAIL ZINGER, AMY RICKEL, FRED RICKEL, IRA GILMAN, LACY REINTSMA, and SHAUL BEHR on behalf of themselves and all others similarly situated and on behalf of the general public of the United States

Case No: C 10-1668 SBA

**ORDER RE MEET AND CONFER REQUIREMENT**

23         Plaintiffs,

24    v.

25  PAYPAL, INC., a Delaware Corporation,

26         Defendant.

27
28

In the interests of judicial economy and the administration of justice,

IT IS HEREBY ORDERED THAT prior to filing any motion or non-stipulated request, the parties (including any putative interveners) shall meet and confer ***in person*** or ***by telephone*** in a good faith effort to resolve the matter without judicial intervention.  Any other method of communication (i.e., by email, letter or voicemail) is insufficient to discharge counsel's meet and confer obligation.  Any motion or non-stipulated request shall include a written certification that the parties have complied with this requirement.  The failure to meet and confer in person or by telephone and/or the failure to include a written certification confirming compliance with the same will result in said motion or request being summarily denied or stricken from the record and/or the imposition of sanctions. This requirement applies to both of the above-captioned actions.

IT IS SO ORDERED.

Dated:  May 16, 2013

*Saundra B Armstrong*
SAUNDRA BROWN ARMSTRONG
United States District Judge

N:\K…\C..\10-2500 - Zepeda - Order re Meet and Confer.docx