UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| DEVINDA FERNANDO, VADIM SIGEL, MICHAIL ZINGER, AMY RICKEL, FREDRICKEL, IRA GILMAN, LACY REINTSMA, and SHAUL BEHR on behalf of themselves and all others similarly situated and on behalf,<br><br>Plaintiffs,<br><br>vs.<br><br>PAYPAL, INC., a Delaware corporation,<br><br>Defendant. | Case No: C 10-1668 SBA<br><br>Related to:<br>Case No. C 10-2500 SBA<br><br>**ORDER VACATING CASE MANAGEMENT CONFERENCE** |

The Court previously stayed this action pending Magistrate Judge Cousin's issuance of an Order on the pending Order to Show Cause. Dkt. 158 at 8-9. Accordingly,

IT IS HEREBY ORDERED THAT:

1. The Case Management Conference previously scheduled for June 27, 2013 is VACATED.

2. The unauthorized "Supplement to Joint Case Management Statement" (Dkt. 159) shall be STRICKEN from the record.

IT IS SO ORDERED.

Dated: June 25, 2013

*Saundra B Armstrong*
SAUNDRA BROWN ARMSTRONG
United States District Judge

Document1