1    DAVID HICKS, A.P.L.C. (CA 053750, NY 2051266)
2    (dhcases@aol.com)
     P.O. Box 562
3    Dunsmuir CA 96025
     Telephone: (510) 595-2000
4    Facsimile:   (530) 239-4301

5    MARINA TRUBITSKY (*pro hac vice*)
     (marina.trubitsky@lawcontact.com)
6    11 Broadway, Suite 861
     New York, New York 10004
7    Telephone: (212) 732-7707
8    Facsimile: (212)732-7708

9    Attorneys for Plaintiffs

10

11                  **UNITED STATES DISTRICT COURT**

12                  **NORTHERN DISTRICT OF CALIFORNIA**

                    **OAKLAND BRANCH**
13

14   DEVINDA FERNANDO, VADIM TSIGEL,        Civil Action No. 10-CV-01668 SBA
15   MICHAIL ZINGER, AMY RICKEL, FRED
     RICKEL, IRA GILMAN, LACY REINTSMA,
16   and SHAUL BEHR on behalf of themselves   **NOTICE OF NON-OPPOSITION TO**
     and all others similarly situated and on behalf of   **THE PROPOSED SETTLEMENT**
17   the general public of the United States,
                                             Action Filed: June 7, 2010
18                   Plaintiffs,

19            v.

20   PAYPAL, INC., a Delaware corporation

21
                     Defendant.
22

23

24

25

26

27

28

Comes now Marina Trubitsky, lead counsel of record  in the above -captioned *Fernando v. PayPal* case, and hereby gives Notice of Non-Opposition to the Proposed Settlement currently pending approval by the Court in the above two captioned cases which were settled conjointly on December 20, 2011.  This notice consenting to the proposed settlement filed in the  *Zepeda* case is given on behalf of the above named plaintiffs including Plaintiffs Lacy Reinstma, Amy Rickel and Fred Rickel who were formerly represented by Garrett E. Skelly  as well as on behalf of the proposed settlement class and those proposed class representatives

This NOTICE will be based upon the Declarations of Lacy Reinstma, Amy Rickel and Fred Rickel as well as the declaration of Olga Kariyawasam, Esq. submitted in support of this NOTICE.

On April 24, 2013, Reginald Burgess, following the suggestion of his Counsel, Garrett E. Skelly, made ex parte contacts, without the consent, knowledge, or permission of the Plaintiff's Counsel, the Law Offices of Marina Trubitsky P.C., with the following Plaintiffs:  Vadim Tsiegel, Amy Rickel, Caleb and Lacy Reinstma and Ira Gilman. (Kariyawasam Decl. ¶4). Further, Mr. Skelly disclosed confidential communications with the clients and with their counsel of record. (Dkt. Nos. 124-1 through 124-8). Moreover, Mr. Skelly made a number of impermissible misleading representations and derogatory statements to the clients. (Dkt. No. 124-5; Kariyawasam Decl. ¶5). The same day, Plaintiff Reginald Burgess and his Counsel, Garrett E. Skelly, acknowledged this improper contact in writing to the Law Offices of Marina Trubitsky, P.C. (Kariyawasam Decl. ¶7).

Both Reginald Burgess and his Counsel, Garrett E. Skelly, had actual prior knowledge that these Plaintiffs were in fact represented by the Law Offices of Marina Trubitsky, P.C. in the *Fernando v. PayPal, Inc.* case. They did not obtain the consent of Counsel to have contact with these represented parties, and they proceeded to initiate and establish impermissible *ex parte*

contacts with these Plaintiffs, in violation of California Rules of Professional Conduct, Rule 2-100(A) and (b)(2), which also requires the disqualification of Garrett A. Skelly from any further participation in the *Fernando v. PayPal, Inc.* case.

In their declarations submitted in support of this notice, plaintiffs Lacy Reinstma, Amy Rickel and Fred Rickel acknowledged that they are now represented by the Law Offices of Marina Trubitsky, P.C. as their only attorney and they hereby withdraw all objections to the proposed settlement (Fred Rickel Decl. ¶14, 15, 16; Amy Rickel Decl. ¶14, 15, 16; Lacy Reintsma Decl. ¶11-14).

Cal. R. Prof. Conduct 2-100(A) states: "While representing a client, a member shall not communicate directly or indirectly about the subject of the representation with a party the member knows to be represented by another lawyer in the matter, unless the member has the consent of the other lawyer." "[A]n attorney does not violate Rule 2-100(A) unless he or she actually knows the contacted party is represented by counsel. *Truitt v. Superior Court*, 59 Cal. App. 4th 1183, 1188, 69 Cal. Rptr. 2d 558 (1997).

The actions of the Counsel for Plaintiff were and continue to be violations of the California Rules of Professional Conduct, Rules 3-310(B) and Rule 2-100(A) and (B)(2), which are made applicable by Local Rule 11-4(a) of the Northern District of California. The Court is requested to enter an Order of Disqualification barring the further participation of Garrett E. Skelly from any further participation and/or representation in the *Fernando v. PayPal, Inc.* case.

Reginald Burgess, first appeared in this action through his Counsel, Garrett E. Skelly pursuant to Notice of Appearance filed on April 22, 2013 (Dkt. No. 121). The Court denied his Notices of Appearance as well as all his prior motions. (Dkt. Nos. 125, 129, 147). Thus, Mr. Burgess is not a party to this action and should not be allowed to file any motions herein.

The Court is further requested to enter any further orders that it deems appropriate in

addition to the Disqualification of Garrett E. Skelly, including the exclusion of any improperly obtained evidence, the prohibition of use by the Garrett E. Skelly of any evidence obtained from said improper *ex parte* contacts, the ordering of the inspection of attorney notes, the turnover of any statements obtained from the said Plaintiffs, the entry of a protective order, the imposition of monetary sanctions and the entry of any other orders to achieve justice and to ameliorate the effect of said improper conduct by Garrett E. Skelly, including Rule 11(c) sanctions, and award of attorneys costs to prepare this motion.

Dated: New York, New York.
      December 3, 2013

THE LAW OFFICES OF MARINA TRUBITSKY, P.C.
(marina.trubitsky@lawcontact.com)

By: _____/s/_____
Marina Trubitsky (MT-9371)
Attorneys for Plaintiffs

1

**CERTIFICATE OF SERVICE**

2

3

I hereby certify that, on December 3, 2013, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system. The Court or the CM/ECF system will send notification of such filings to all CM/ECF participants.

4

5

/s/ *Marina Trubitsky*

6

Marina Trubitsky

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28