UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOISES ZEPEDA, and others,<br>   Plaintiffs,<br> v.<br>PAYPAL, INC., and others,<br>   Defendants.<br><br>DEVINDA FERNANDO, and others,<br>   Plaintiffs,<br> v.<br>PAYPAL, INC.,<br>   Defendants. | Case No. 10-cv-02500 SBA<br><br>Case No. 10-cv-01668 SBA<br><br>**ORDER TERMINATING ORDER TO SHOW CAUSE**<br><br>Re: Dkt. No. 100 |

  This Court long ago ordered attorney Marina Trubitsky and the plaintiffs in the *Fernando* action to show cause why they should not be sanctioned for their failure to appear at the second day of a Court-ordered settlement conference. Dkt. No. 100. The Court's order was motivated in part by concern about two potential conflicts: (1) conflicts between the class and class counsel in *Fernando* and two other cases, *Zepeda v. Paypal* and *Dunkel v. eBay*, *Inc.*, No. 12-cv-01452 EJD; and (2) conflicts between Trubitsky and local counsel David Hicks, who attended both days of the conference.

Case Nos. 10-cv-02500 and 10-cv-01668 SBA

1    The Court's concerns about the first conflict have been ameliorated by subsequent
2    events. In *Zepeda*, the Court preliminarily approved settlement of class-wide claims. Dkt.
3    No. 281. In *Dunkel*, the Court granted defendant's motion to dismiss. Dkt. No. 101.
4    There is no longer the same need to protect the class members in *Zepeda* and *Dunkel*.

5    As to any conflict between colleagues Trubitsky and Hicks, that conflict can best be
6    resolved through the pending motions for attorneys' fees at docket numbers 295, 296 and
7    297 in *Zepeda*.

8    The Court determines that the Order to Show Cause has been satisfied by
9    Trubitsky's response. She declared that her failure to appear was due to a family
10   emergency caused by an illness to two family members. Dkt. Nos. 106, 106-1. The Court
11   therefore finds that her failure was not willful or in bad faith. Her failure to appear did put
12   her co-counsel David Hicks into a challenging position and caused expenses to be incurred
13   by defendants and counsel. But under the circumstances, the Court finds that a sanction is
14   not warranted.

15   **IT IS SO ORDERED.**

17   Dated: March 28, 2016                    _____
18                                            NATHANAEL M. COUSINS
                                              United States Magistrate Judge